# EXHIBIT D

 Back

# Control Number: COW2025004557REQ

## FOIA/PA STATUS CHECK

## DOCUMENT LIBRARY

## Request Details

| | |
|---|---|
| Request Description | |
| Date Submitted | 06/23/2025 |
| Request Type | FOIA Request |

## Request Status

| | |
|---|---|
| Place in Queue | |
| Status | Submitted |
| Estimated Completion Date | 09/30/2025 |

**Note:** This is an estimated date based on average processing times. Availability of records and complexity of request may effect completion date.

**For more information about making a FOIA/PA request or submitting an Administrative Appeal, please see the link How to Request Records through the Freedom of Information Act or Privacy Act (uscis.gov) .**

 **Received**
The request was received by USCIS.

 **In Process**
USCIS is performing activities such as reviewing the request, searching for records, and preparing records for release.

 **Completed**
USCIS completed processing the request, and a letter was sent to the requester explaining the actions taken

## USCIS FOIA/PA Headquarters Office

USCIS Contact Center

1-800-375-5283 or TTY 800-767-1833

FOIAPAQuestions@uscis.dhs.gov