# EXHIBIT E



July 29, 2025

David Jennings
Associate Chief
U.S. Citizenship and Immigration Services
Department of Homeland Security
5900 Capital Gateway Dr.
Camp Springs, MD 20588-0009

Dear Mr. Jennings,

Please accept this letter as a request, on behalf of the undersigned organizations, for you (or another senior official in your office) to present a briefing to our organizations regarding the ability of U.S. Citizenship and Immigration Services (USCIS) and the Department of Homeland Security (DHS), through the Systematic Alien Verification for Entitlements (SAVE), to review and verify citizenship of voters and potential voters in the United States.

Our organizations have been monitoring public information regarding DHS's efforts to expand SAVE and to encourage state and local election officials to use it to verify the citizenship status of voters in their jurisdictions.[1] This includes the portion of President Trump's Executive Order No. 14248 purporting to direct DHS to expand access to SAVE for purposes of voter verification and to review voter registration lists and records, "alongside Federal immigration databases . . . for consistency with Federal requirements."[2] It also includes USCIS's press release, dated May 22, 2025, indicating it has begun integrating data from the Social Security Administration (SSA), as part of USCIS's efforts to "eliminate voter fraud."[3] These announcements raised a number of questions for our organizations, including what data would be included in SAVE and how USCIS planned to use it and make it available to election

---

[1] Jude Joffe-Block and Miles Parks, *The Trump administration is building a national citizenship data system*, NPR (June 29, 2025), https://www.npr.org/2025/06/29/nx-s1-5409608/citizenship-trump-privacy-voting-database.

[2] Executive Order No 14248 § 2(b), *Preserving and Protecting the Integrity of American Elections* (Mar. 25, 2025), https://www.whitehouse.gov/presidential-actions/2025/03/preserving-and-protecting-the-integrity-of-american-elections/.

[3] USCIS, *Press Release : USCIS Deploys Commons Sense Tools to Verify Voters* (May 22, 2025), https://www.uscis.gov/newsroom/news-releases/uscis-deploys-common-sense-tools-to-verify-voters.

officials, particularly given that voting by non-U.S. citizens does not occur at meaningful rates in U.S. elections,[4] and that SSA itself has explained how its data is not well-suited to verifying current citizenship status for a variety of reasons.[5]

We understand USCIS has begun offering briefings on the use of the SAVE database by election officials to private individuals and entities, including to Cleta Mitchell and the Election Integrity Network (EIN).[6] As part of USCIS's efforts to "promote transparency" through public engagements,[7] we hope and expect USCIS will extend the same outreach to our organizations as they did to EIN, provide the same presentation, and respond to questions from the attendees. Given that we are requesting the same presentation, we anticipate that the burden on USCIS will be limited—it should require only your time to present and respond to questions, and no additional preparation.

To further reduce the effort required, we are happy to find a mutually agreeable time within the next 45 days for you to present, and for both you and the attendees to join via Zoom. We will certainly work diligently with you and USCIS to ensure that the program goes smoothly and is well-attended by our members and affiliates.

Should USCIS decline to repeat this existing presentation for our organizations, we respectfully request you provide your reasons in writing, including why you were able to brief EIN but are declining to do so here. Also, in the event that USCIS declines our invitation, please accept this as a request under the Freedom of Information Act, 5 U.S.C. § 552 *et seq.*, for any and all written materials, slide decks, or similar records used during your meeting with EIN on June 12, 2025, including any recordings or notes taken during that meeting.[8]

Thank you for your time. If you have any questions or concerns, please feel free to contact me any time at dlenz@campaignlegalcenter.org.

---

[4] See Jude Joffe-Block, *6 facts about false noncitizen voting claims and the election*, NPR (Nov. 5, 2024), https://www.npr.org/2024/10/12/nx-s1-5147789/voting-election-2024-noncitizen-fact-check-trump

[5] *See e.g.* Social Security Administration, Computer Matching Agreement Between the Social Security Administration and the U.S. Department of Education, Match # 1051, § VII. Accuracy Assessments, https://www.ssa.gov/privacy/cma/FSA-CMA%20ED%20and%20SSA%20-%20CMA%20Match%201051.pdf.

[6] *See* Sen. Padilla, Sen. Peters, and Sen. Merkley, *Letter to Secretary Noem* (July 15, 2025), https://www.padilla.senate.gov/wp-content/uploads/25.07.15-Letter-to-Sec.-Noem-re-SAVE-Program_FINAL.pdf.

[7] USCIS, *USCIS Engagements*, https://www.uscis.gov/outreach/uscis-engagements

[8] These materials, which involve the operations of both the United States government and state election officials, clearly touch on matters of extraordinary public interest. We therefore request that any fees associated with this request be waived pursuant to 5 U.S.C. § 552(a)(4)(A)(iii).

Respectfully,


_/s/ Daniel S. Lenz_
Daniel S. Lenz
Senior Legal Counsel
Campaign Legal Center

All Voting is Local

American Civil Liberties Union

American Oversight

Brennan Center for Justice

Citizens for Responsibility and Ethics in
Washington (CREW)

Democracy Defenders Fund

Lawyers Committee for Civil Rights
Under Law

NAACP Legal Defense Fund

Protect Democracy