# EXHIBIT F

# Dan Lenz

| | |
|---|---|
| **From:** | Public Engagement <Public.Engagement@uscis.dhs.gov> |
| **Sent:** | Monday, August 4, 2025 1:53 PM |
| **To:** | Dan Lenz |
| **Cc:** | Jonathan Diaz |
| **Subject:** | RE: Briefing Request |

Good afternoon, Mr. Lenz,

Thank you for contacting the USCIS Public Engagement Division. At this time, USCIS is assessing how we can best support engagement priorities across the Department of Homeland Security and will share information about future engagement opportunities soon.

For information about future engagements, you can visit the USCIS Engagements page or sign up for Updates from the Public Engagement Division. You can also stay connected to USCIS by visiting uscis.gov or following us on X (formerly Twitter), Instagram, YouTube, Facebook, and LinkedIn.

We appreciate your interest in USCIS.

Thank you,
USCIS Public Engagement Division

---

**From:** Dan Lenz <dlenz@campaignlegalcenter.org>
**Sent:** Tuesday, July 29, 2025 5:14 PM
**To:** Public Engagement <Public.Engagement@uscis.dhs.gov>
**Cc:** Jonathan Diaz <JDiaz@campaignlegalcenter.org>
**Subject:** Briefing Request

> You don't often get email from dlenz@campaignlegalcenter.org. Learn why this is important

**CAUTION:** This email originated from outside of the Federal Government. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact the USCIS Security Operations Center with questions or click the "Report Phishing" button to report it as a phishing attempt.

To whom it may concern,

Please see the attached letter, requesting a briefing from USCIS. We look forward to USCIS's response.

Sincerely,

**Daniel S. Lenz (he/him)**\*
Senior Legal Counsel, Litigation

Campaign Legal Center
1101 14th St. NW, Suite 400
Washington, DC 20005

campaignlegalcenter.org

Facebook | Twitter | Instagram

Support our work to advance democracy through law.

\* Based in Wisconsin. Licensed to practice in Wisconsin and Illinois. Work conducted in the District of Columbia is limited to federal courts.

PRIVILEGE AND CONFIDENTIALITY NOTICE: This email and any attachments may contain privileged or confidential information and is/are for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

2