UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| ANNA BOWER, BENJAMIN WITTES, and AMERICAN CIVIL LIBERTIES UNION,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES SOCIAL SECURITY ADMINISTRATION, and UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>*Defendants*. | No. 1:25-cv-2713<br><br>**ORAL ARGUMENT REQUESTED** |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's motion for preliminary injunction, ECF No. __, and the entire record herein, for the reasons stated in the accompanying memorandum opinion, it is hereby:

**ORDERED** that Plaintiffs' Motion for Preliminary Injunction is **GRANTED**; and

**ORDERED** that Defendants U.S. Social Security Administration and U.S. Citizenship and Immigration Services grant expedited processing of the FOIA Requests that are the subject of this matter;

**ORDERED** that Defendants U.S. Social Security Administration and U.S. Citizenship and Immigration Services fully process and produce all non-exempt records responsive to the FOIA Requests that are the subject of this matter; and

**ORDERED** that Defendants U.S. Social Security Administration and U.S. Citizenship and Immigration Services process potentially responsive records at a rate of no less than 1,000 pages per month.

**SO ORDERED**.

1

Dated: _____, 2025

                                                  _____
                                                  REGGIE B. WALTON
                                                  United States District Judge