UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANNA BOWER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES SOCIAL SECURITY ADMINISTRATION, et al., <br><br> Defendants. | Civil Action No. 25-2713 (RBW) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Brian J. Levy as counsel for Defendants in this action.

Dated: August 28, 2025

Respectfully submitted,

*/s/ Brian J. Levy*
BRIAN J. LEVY
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-6734

*Attorney for the United States of America*