UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANNA BOWER, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 25-2713 (RBW) |
| v. ) | |
| ) | |
| UNITED STATES SOCIAL SECURITY ) | |
| ADMINISTRATION, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

In accordance with the Court's oral rulings issued at the status conference held on August 28, 2025, it is hereby

**ORDERED** that the Plaintiffs' Motion for Preliminary Injunction, ECF No. 4, is **DENIED WITHOUT PREJUDICE** based on plaintiffs' counsel's indication at the status conference that the plaintiffs were prepared to withdraw the motion. It is further

**ORDERED** that on September 23, 2025, at 9:30 a.m., the parties shall appear for a status conference. The parties shall appear for the status conference before the Court in Courtroom 16 on the 6th floor at the E. Barrett Prettyman United States Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001.

**SO ORDERED** this 28th day of August, 2025.

REGGIE B. WALTON
United States District Judge