UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANNA BOWER, BENJAMIN WITTES, and AMERICAN CIVIL LIBERTIES UNION, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES SOCIAL SECURITY ADMINISTRATION, and UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, <br><br> *Defendants*. | No. 1:25-cv-2713 |

## MOTION TO APPEAR *PRO HAC VICE* FOR SOPHIA LIN LAKIN

Pursuant to LCvR 83.2(e)(2), Plaintiffs, through the undersigned counsel, respectfully move for the admission *pro hac vice* of Sophia Lin Lakin, who has undertaken the representation of Plaintiffs in this matter as co-counsel. The attorney's declaration in support of admission pro hac vice and a certificate reflecting current good standing in the court or bar for the state in which the attorney regularly practices are attached. An accompanying payment of $100 will be deposited in the fund described in LCvR 83.8(f).

WHEREFORE, Plaintiffs respectfully request that the Court permit Sophia Lin Lakin to appear *pro hac vice*.

| | |
|---|---|
| Date: September 2, 2025 | /s/ *Megan C. Keenan* <br> Megan C. Keenan (DC Bar No. 1672508) <br> AMERICAN CIVIL LIBERTIES UNION FOUNDATION <br> 915 15th St. NW <br> Washington, DC 20001 <br> (347) 714-1530 <br> mkeenan@aclu.org <br><br> *Counsel for Plaintiffs* |