UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANNA BOWER, BENJAMIN WITTES, and AMERICAN CIVIL LIBERTIES UNION,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES SOCIAL SECURITY ADMINISTRATION, and UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>*Defendants*. | No. 1:25-cv-2713 |

**MOTION TO APPEAR *PRO HAC VICE* FOR ARI J. SAVITZKY**

Pursuant to LCvR 83.2(e)(2), Plaintiffs, through the undersigned counsel, respectfully move for the admission *pro hac vice* of the Ari J. Savitzky, who has undertaken the representation of Plaintiffs in this matter as co-counsel. The attorney's declaration in support of admission pro hac vice and a certificate reflecting current good standing in the court or bar for the state in which the attorney regularly practices are attached. An accompanying payment of $100 will be deposited in the fund described in LCvR 83.8(f).

WHEREFORE, Plaintiffs respectfully request that the Court permit Ari J. Savitzky to appear *pro hac vice*.

Date: September 2, 2025

/s/ *Megan C. Keenan*
Megan C. Keenan (DC Bar No. 1672508)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
915 15th St. NW
Washington, DC 20001
(347) 714-1530
mkeenan@aclu.org

*Counsel for Plaintiffs*

1