UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANNA BOWER, et al.,<br><br>        *Plaintiffs,*<br>v.<br><br>U.S. SOCIAL SECURITY ADMINISTRATION, et al.,<br><br>        *Defendants.* | Civil Action No. 25-2713 (RBW) |

### NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Kimberly A. Stratton on behalf of all Defendants in the above-captioned case.

Dated: September 11, 2025
Washington, DC

                                                Respectfully submitted,

                                                By: /s/ *Kimberly A. Stratton*
                                                KIMBERLY A. STRATTON
                                                P.A. Bar #327725
                                                Assistant United States Attorney
                                                601 D Street, NW
                                                Washington, DC 20530
                                                Ph: (202) 417-4216
                                                Email: Kimberly.stratton@usdoj.gov

                                                *Attorney for the United States of America*