AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| ANNA BOWER, et al., | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 25-2713 (RBW) |
| U.S. SOCIAL SECURITY ADMINISTRATION, et al., | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Anna Bower; Benjamin Wittes; and the American Civil Liberties Union.

Date: 09/11/2025

/s/ Sophia Lin Lakin
*Attorney's signature*

Sophia Lin Lakin (NY Bar No. 5182076)
*Printed name and bar number*

American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004

*Address*

slakin@aclu.org
*E-mail address*

(212) 519-7836
*Telephone number*

(332) 234-9285
*FAX number*