UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANNA BOWER, *et al.*,<br><br>   *Plaintiffs,*<br><br>v.<br><br>UNITED STATES SOCIAL SECURITY ADMINISTRATION, *et al.*,<br><br>   *Defendants.* | Civil Action No. 25-2713 (RBW) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

The Clerk of the Court will please withdraw the appearance of Assistant United States Attorney Kimberly Stratton as counsel for Defendants in the above-captioned case.

Dated: September 22, 2025
        Washington, DC

                                      Respectfully submitted,

                                      By: /s/ *Kimberly A. Stratton*
                                      KIMBERLY A. STRATTON
                                      P.A. Bar #327725
                                      Assistant United States Attorney
                                      601 D Street, NW
                                      Washington, DC 20530
                                      Ph: (202) 417-4216
                                      Email: Kimberly.stratton@usdoj.gov

                                      *Attorney for the United States of America*