UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANNA BOWER, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 25-2713 (RBW) |
| UNITED STATES SOCIAL SECURITY ADMINISTRATION, et al., | ) |
| Defendants. | ) |

**ORDER**

In accordance with the Court's oral rulings issued at the status conference held on September 23, 2025, it is hereby

**ORDERED** that the parties shall file a joint status report on or before October 21, 2025, apprising the Court of the status of this case. It is further

**ORDERED** that on November 4, 2025, at 10:00 a.m., the parties shall appear for a status conference. The parties shall appear for the status conference before the Court in Courtroom 16 on the 6th floor at the E. Barrett Prettyman United States Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001.

**SO ORDERED** this 23rd day of September, 2025.

REGGIE B. WALTON
United States District Judge