UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANNA BOWER, et al.,<br><br>   Plaintiffs,<br><br> v.<br><br>UNITED STATES SOCIAL SECURITY ADMINISTRATION, et al.,<br><br>   Defendants. | Civil Action No. 25-2713 (RBW) |

**JOINT STATUS REPORT**

  Pursuant to the Court's November 3, 2025, Minute Order, the parties respectfully submit this joint status report in this Freedom of Information Act ("FOIA") case.

  Since the filing of the Answer on September 18, 2025, Defendant Social Security Administration ("SSA") has produced one document, which is publicly available on the Administration's reading room website. Unfortunately, work on this case has been slowed by the government shutdown. SSA is processing additional records, for which it will not charge fees for release of, and reviewing Plaintiffs' concerns from the meet and confer and will respond in the coming weeks.

  Since the filing of the Answer, Defendant U.S. Citizenship and Immigration Services has made one production, totaling 333 pages and one Excel spreadsheet. U.S. Citizenship and Immigration Services continues to process documents and expects to make productions on a rolling basis. Plaintiffs and U.S. Citizenship and Immigration Services are discussing how to narrow the potentially responsive documents already found.

            \*   \*   \*

The parties propose that they file another joint status report on January 8, 2025, and the Court schedule a status conference for January 15, 2025, if necessary.

Dated: November 24, 2025  
Washington, DC

Respectfully submitted,

/s/ Megan C. Keenan  
Megan C. Keenan (D.C. Bar. No. 1672508)  
AMERICAN CIVIL LIBERTIES UNION FOUNDATION  
915 15th Street NW, 6th Floor  
Washington, DC 20005  
(347) 714-1530  
mkeenan@aclu.org

Theresa J. Lee  
Sophia Lin Lakin  
Ari J. Savitzky  
(D.C. Bar. No. 1032560 (inactive))  
AMERICAN CIVIL LIBERTIES UNION FOUNDATION  
125 Broad Street, 18th Floor  
New York, NY 10004  
(212) 549-2500  
tlee@aclu.org  
slakin@aclu.org  
asavitzky@aclu.org

*Counsel for Plaintiff*

JEANINE FERRIS PIRRO  
United States Attorney

By:     */s/ Brian J. Levy*  
BRIAN J. LEVY  
Assistant United States Attorney  
601 D Street, NW  
Washington, DC 20530  
(202) 252-6734

*Attorneys for the United States of America*