UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANNA BOWER, et al.,<br><br>      Plaintiffs,<br><br>  v.<br><br>UNITED STATES SOCIAL SECURITY ADMINISTRATION, et al.,<br><br>      Defendants. | Civil Action No. 25-2713 (RBW) |

## JOINT STATUS REPORT

Pursuant to the Court's November 25, 2025, Minute Order, the parties respectfully submit this joint status report in this Freedom of Information Act ("FOIA") case.

Since the last joint status report on November 24, 2025 (ECF No. 20), Defendant Social Security Administration ("SSA") has produced one additional document, which is publicly available on the Administration's reading room website.  SSA has responded to one of Plaintiff's questions and is working on an answer to the other.

Since the filing of the last Answer, Defendant U.S. Citizenship and Immigration Services has made one production, totaling 333 pages and one Excel spreadsheet.  Since the filing of the last Joint Status Report, Plaintiff and U.S. Citizenship and Immigration Services have agreed to search terms for parts 1 and 8 of Plaintiff's request.  Defendant USCIS is in the process of completing those searches and once completed will review those documents for responsiveness and exemptions.

\*   \*   \*

The parties propose that they file another joint status report on February 9, 2026.

| | |
|---|---|
| Dated: January 8, 2026<br>Washington, DC | Respectfully submitted, |
| /s/ Megan C. Keenan<br>Megan C. Keenan (D.C. Bar. No. 1672508)<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br>915 15th Street NW, 6th Floor<br>Washington, DC 20005<br>(347) 714-1530<br>mkeenan@aclu.org | JEANINE FERRIS PIRRO<br>United States Attorney<br><br>By:    /s/ Brian J. Levy<br>     BRIAN J. LEVY<br>     Assistant United States Attorney<br>     601 D Street, NW<br>     Washington, DC 20530<br>     (202) 252-6734<br><br>*Attorneys for the United States of America* |
| Theresa J. Lee<br>Sophia Lin Lakin<br>Ari J. Savitzky<br>(D.C. Bar. No. 1032560 (inactive))<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br>125 Broad Street, 18th Floor<br>New York, NY 10004<br>(212) 549-2500<br>tlee@aclu.org<br>slakin@aclu.org<br>asavitzky@aclu.org<br><br>*Counsel for Plaintiff* | |