AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| ANNA BOWER et al., ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 25-2713 (RBW) |
| U.S. SOCIAL SECURITY ADMINISTRATION et al., ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Anna Bower; Benjamin Wittes; and the American Civil Liberties Union.

Date:   01/26/2026

/s/ Adriel I. Cepeda Derieux
*Attorney's signature*

Adriel I. Cepeda Derieux (DC Bar No. 90026636)
*Printed name and bar number*

American Civil Liberties Union Foundation
915 15th Street NW
Washington, D.C. 20005
*Address*

acepedaderieux@aclu.org
*E-mail address*

(202) 457-0800
*Telephone number*

(332) 234-9285
*FAX number*