UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANNA BOWER, et al.,<br><br>      Plaintiffs,<br><br>  v.<br><br>UNITED STATES SOCIAL SECURITY ADMINISTRATION, et al.,<br><br>      Defendants. | Civil Action No. 25-2713 (RBW) |

## **JOINT STATUS REPORT**

Pursuant to the Court's November 25, 2025, Minute Order, the parties respectfully submit this joint status report in this Freedom of Information Act ("FOIA") case.

Since the last joint status report on January 8, 2026 (ECF No. 21), Defendant Social Security Administration ("SSA") has responded to one of Plaintiff's questions, is preparing to issue an interim response, and will be running an additional search in light of recent filings in *Am. Fed. State, Cnty. & Mun. Emps. v. Soc. Sec. Admin*, Civ. A. No. 25-0596 (D. Md. Feb. 21, 2025), ECF No. 197. SSA expects to provide a letter to Plaintiff on February 9, 2026.

Since the filing of the last Joint Status Report, Plaintiff and U.S. Citizenship and Immigration Services have agreed to search terms for parts 1 and 8 of Plaintiff's request. Defendant USCIS has completed its searches and has found approximately 4,500 potentially responsive pages. USCIS is reviewing those pages for responsiveness and redactions. USCIS expects to make its next production by February 27, 2026.

\*   \*   \*

- 2 -

The parties propose that they file another joint status report on April 9, 2026.

| | |
|---|---|
| Dated: February 9, 2026<br>Washington, DC | Respectfully submitted, |
| /s/ Theresa J. Lee<br>Theresa J. Lee<br>Sophia Lin Lakin<br>Ari J. Savitzky<br>    (D.C. Bar. No. 1032560 (inactive))<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br>125 Broad Street, 18th Floor<br>New York, NY 10004<br>(212) 549-2500<br>tlee@aclu.org<br>slakin@aclu.org<br>asavitzky@aclu.org<br><br>Adriel I. Cepeda Derieux<br>    (DC Bar No. 90026636)<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br>915 15th Street NW<br>Washington, DC 20005<br>(202) 457-0800<br>acepedaderieux@aclu.org<br><br>*Counsel for Plaintiffs* | JEANINE FERRIS PIRRO<br>United States Attorney<br><br>By:    */s/ Brian J. Levy*<br>    BRIAN J. LEVY<br>    Assistant United States Attorney<br>    601 D Street, NW<br>    Washington, DC 20530<br>    (202) 252-6734<br><br>*Attorneys for the United States of America* |