UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANNA BOWER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES SOCIAL SECURITY ADMINISTRATION, et al., <br><br> Defendants. | Civil Action No. 25-2713 (RBW) |

### **[PROPOSED] ORDER**

UPON CONSIDERATION of the parties' joint status report, and the entire record herein, it is hereby

ORDERED that the parties shall file another joint status report on or before April 9, 2026.

SO ORDERED:

_____                    _____
Date                                                                  United States District Judge